**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7935**

———————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

     versus

ROBERT JEROME WARREN, SR.,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Joseph R. Goodwin, District Judge; Maurice G. Taylor, Jr., Magistrate Judge. (CR-95-147, CA-97-956-3)

———————

Submitted: January 16, 2002      Decided: February 4, 2002

———————

Before WILKINS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Jerome Warren, Sr., Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Jerome Warren, Sr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See United States v. Warren, Nos. CR-95-147; CA-97-956-3 (S.D.W. Va. Oct. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2